UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER ) of the NEW ENGLAND TEAMSTERS AND ) TRUCKING INDUSTRY PENSION FUND ) ) Plaintiff, ) ) v. ) ) HEATING OIL PARTNERS, L.P. ) ) Defendant, ) ) | C.A. No. 05-11668 REK |

## MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff in the above action agrees that the time for Defendant to file an answer to Plaintiff's Complaint may be extended up to and including September 23, 2005.

Dated:  August 31, 2005

Respectfully submitted,

Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

/S/ Catherine M. Campbell
Attorney for Plaintiff

Certificate of Service

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this date by first class mail to Peter Moser, Esq., Robinson & Cole LLP, One Boston Place, Boston, MA 02108.

/S/ Catherine M. Campbell
Catherine M. Campbell