FEINBERG, CAMPBELL & ZACK, P.C.
Attorneys at Law
177 Milk Street, Suite 300 • Boston, Massachusetts 02109
617-338-1976
Fax 617-338-7070 Toll Free 800-338-6004

FILED
CLERKS OFFICE
2006 JUN 20 P 3:39
U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHAEL A. FEINBERG
maf@fczlaw.com
CATHERINE M. CAMPBELL
cmc@fczlaw.com
Also admitted in California
ARTHUR G. ZACK
agz@fczlaw.com

JONATHAN M. CONTI
jmc@fczlaw.com
Also admitted in Connecticut
and Wisconsin

June 19, 2006

Elizabeth Smith, Courtroom Clerk for
The Honorable Judge Young
United States District Court
One Courthouse Way, Suite 5710
Boston, MA 02210

Re: Charles Langone, Fund Manager v. Heating Oil Partners, LP
C.A. No.: 05-11668 WGY

Dear Ms. Smith:

This letter is to confirm my telephone message to you. The defendant in the above referenced action has filed a bankruptcy petition under Chapter 11, C.A. 05-51271 in the United States Bankruptcy Court of Connecticut.

Consequently, this matter should be dismissed. Do not hesitate to call if you have any further questions.

Very truly yours,

Catherine M. Campbell

CMC:nd
TEAMSTER\New England Teamsters\Heating Oil Partners\Correspondence\Smith 6.19.06.doc